Case 6:11-cr-00001-DWM   Document 108   Filed 05/08/25   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| United States of America<br>v.<br>ANTHONY STEVEN RODRIGUEZ<br><br>Date of Original Judgment: 11/18/2011<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)  Case No: CR 11-01-H-DWM-01<br>)  USM No: 11197-046<br>)<br>)  David Ness<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **294** months **is reduced to** **293**.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The above reduction reflects a total sentence of 293 months, comprised of 293 months on Count I, 293 months on Count II, and 240 months on Count III, all concurrent.

Except as otherwise provided, all provisions of the judgment dated **11/18/2011** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 8, 2025

Effective Date: _____
*(if different from order date)*

*Judge's signature*

Donald W. Molloy, District Judge
*Printed name and title*